# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2144
Lower Tribunal No. 21-858
_____

**S.F., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Duboise v. State</u>, 520 So. 2d 260, 265 (Fla. 1988) ("[T]he failure to include an essential element of a crime does not necessarily render an indictment so defective that it will not support a judgment of conviction when the indictment references a specific section of the criminal code which sufficiently details all the elements of the offense."); <u>D.B.B. v. State</u>, 997 So. 2d 484, 485 (Fla. 2d DCA 2008) ("A deadly weapon is . . . any instrument likely to cause great bodily harm because of the way it is used during a crime. Whether an item is a deadly weapon is a factual question to be determined under the circumstances, taking into consideration its size, shape, material, and the manner in which it was used or was capable of being used.") (citation omitted).